# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0561
Lower Tribunal No. 19-24075

_____

**Samuel Gampel**,
Appellant,

vs.

**Prosper Azerraf**,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Samuel Gampel, in proper person.

Zeig Law Firm, PLLC, and Justin Zeig (Hollywood), for appellee.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.